# United States District Court

NORTHERN **DISTRICT OF** GEORGIA

JONATHAN COBB, Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

GOOGLE, INC.; and

WORKFORCELOGIC USA,

1:08-CV-0483

Defendants.

TO: (Name and address of defendant)

GOOGLE, INC.
Corporation Service Company
Registered Agent
40 Technology Parkway South
Number 300
Norcross, Georgia 30092

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael Alan Dailey
ANDERSON DAILEY LLP
2002 Summit Boulevard
Suite 1250
Atlanta, Georgia 30319

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JAMES N. HATTEN

13 FEB 2008

CLERK

DATE

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
    Date                                              Signature of Server

                                                  _____
                                                  Address of Server

---

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court

NORTHERN DISTRICT OF GEORGIA

JONATHAN COBB, Plaintiff,

V.

GOOGLE, INC.; and

WORKFORCELOGIC USA,

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**1:08-CV-0483**

TO: (Name and address of defendant)

WorkforceLogic USA
19080 Lomita Avenue
Building 3,
Sonoma, California 95476

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael Alan Dailey
ANDERSON DAILEY LLP
2002 Summit Boulevard
Suite 1250
Atlanta, Georgia 30319

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JAMES N. HATTEN    13 FEB 2008
CLERK              DATE

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                                         Signature of Server

                                                           _____
                                                           Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure