# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JONATHAN COBB<br><br>                Plaintiff,<br><br>v.<br><br>GOOGLE INC. and<br>WORKFORCELOGIC USA,<br><br>                Defendants. | Case No. 1:08-CV-0483 (MHS) |

## **NOTICE OF APPEARANCE**

COME NOW Defendant Google Inc. ("Google") and hereby notifies the Court, the Clerk of Court, and the Plaintiff of the appearance of the following attorneys as counsel for Google in this action:

    Eric P. Schroeder (eschroeder@pogolaw.com)
    R. Joseph Burby, IV (jburby@pogolaw.com)
    John C. Bush (jbush@pogolaw.com)

**POWELL GOLDSTEIN LLP**
One Atlantic Center, Fourteenth Floor
1201 West Peachtree Street, N.W.
Atlanta, Georgia  30309-3488
404-572-6600
404-572-6999 (facsimile)

Respectfully submitted, this 12th day of March, 2008.

/s/ Eric P. Schroeder
Eric P. Schroeder
Georgia Bar No. 629880
R. Joseph Burby, IV
Georgia Bar No. 094503
John C. Bush
Georgia Bar No. 413159

**POWELL GOLDSTEIN LLP**
One Atlantic Center, Fourteenth Floor
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309-3488
404-572-6600
404-572-6999 (facsimile)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JONATHAN COBB<br><br>        Plaintiff,<br><br>        v.<br><br>GOOGLE INC. and<br>WORKFORCELOGIC USA,<br><br>        Defendants. | Case No. 1:08-CV-0483 (MHS) |

## **LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE**

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C), Northern District of Georgia, specifically Times New Roman 14 point.

                                                                   /s/ Eric P. Schroeder
                                                                   Eric P. Schroeder

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JONATHAN COBB<br><br>                Plaintiff,<br><br>                v.<br><br>GOOGLE INC. and<br>WORKFORCELOGIC USA,<br><br>                Defendants. | Case No. 1:08-CV-0483 (MHS) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2008, a copy of the foregoing **Notice of Appearance** was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Michael Alan Dailey
**ANDERSON DAILEY LLP**
2002 Summit Boulevard
Suite 1250
Atlanta, Georgia 30319
404-442-1800
404-442-1820 (facsimile)
mdailey@andersondailey.com

Gary Hill
**HILL AND BELIBERG**
47 Perimeter Center
Atlanta, Georgia 30346
770-394-7800
ghill@hillandbleiberg.com

Joan Dillon
**JOAN DILLON LAW LLC**
3522 Ashford Dunwood Road
PMB 235
Atlanta, Georgia 30319
404-257-1708
joan@joandillonlaw.com

I also hereby certify that on this date I mailed copies to the following attorneys by depositing a copy in U.S. Mail with appropriate postage:

Charlotte K. McClusky
John C. Fish
**LITTLER MENDELSON, P.C.**
3348 Peachtree Road, N.E.
Suite 1100
Atlanta, Georgia 30326-1008
404-233-0330
404-233-2361 (facsimile)

/s/ Eric P. Schroeder
Eric P. Schroeder

::1261480\1