UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JONATHAN COBB<br><br>                Plaintiff,<br><br>     v.<br><br>GOOGLE INC. and<br>WORKFORCELOGIC USA,<br><br>                Defendants. | Case No. 1:08-CV-0483 (MHS) |

**JOINT CONSENT MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO
THE FIRST AMENDED COMPLAINT**

    Defendants Google Inc. and WorkforceLogic hereby submit this joint consent motion moving this Honorable Court for an extension of time within which Defendants must answer, move, or otherwise respond to Plaintiff Jonathan Cobb's First Amended Complaint. Plaintiff has agreed to this short extension.

    In support, Defendants show as follows:

    1.    Plaintiff Jonathan Cobb filed this lawsuit on February 13, 2008, and filed a First Amended Complaint on February 19, 2008. Defendants Google Inc. and WorkforceLogic were named in the Complaint and properly served.

2. The parties have agreed that, to accommodate the schedules of defense counsel, Defendants Google Inc. and WorkforceLogic shall have until March 28, 2008, to respond to the First Amended Complaint.

3. Defendants Google Inc. and WorkforceLogic respectfully request that a short extension of time be granted through and including March 28, 2008, by which Defendants must answer, move, or otherwise respond to the First Amended Complaint. All parties have agreed to this time sequence.

4. Defendants Google Inc. and WorkforceLogic are submitting a proposed Order with this Motion.

Respectfully submitted, this 12th day of March, 2008.

/s/ Eric P. Schroeder
Eric P. Schroeder
Georgia Bar No. 629880
R. Joseph Burby, IV
Georgia Bar No. 094503
John C. Bush
Georgia Bar No. 413159
**POWELL GOLDSTEIN LLP**
One Atlantic Center
Fourteenth Floor
Atlanta, Georgia 30309
(404) 572-6600
(404) 572-6999

Laurie Edelstein
(*Pro Hac Vice* admission pending)
Michael A. Zwibelman
(*Pro Hac Vice* admission pending)
David Ziff
(*Pro Hac Vice* admission pending)
**BRUNE & RICHARD LLP**
235 Montgomery Street
Suite 1130
San Francisco, CA 94104
(415) 563-0600
(415) 563-0613 (facsimile)

**Attorneys for Defendant Google Inc.**

/s/ Charlotte K. McClusky
*(signed with express permission)*
Charlotte K. McClusky
Georgia Bar No. 484223
**LITTLER MENDELSON, P.C.**
3348 Peachtree Road, N.E.
Suite 1100
Atlanta, Georgia 30326-1008
(404) 233-0330
(404) 233-2361 (facsimile)

**Attorneys for Defendant WorkforceLogic**

CONSENTED TO:

Michael Alan Dailey
**ANDERSON DAILEY LLP**
2002 Summit Boulevard
Suite 1250
Atlanta, Georgia 30319
404-442-1800
404-442-1820 (facsimile)
mdailey@andersondailey.com

Gary Hill
**HILL AND BELIBERG**
47 Perimeter Center
Atlanta, Georgia 30346
770-394-7800
ghill@hillandbleiberg.com

Joan Dillon
**JOAN DILLON LAW LLC**
3522 Ashford Dunwood Road
PMB 235
Atlanta, Georgia 30319
404-257-1708
joan@joandillonlaw.com

**Attorneys for Plaintiff Jonathan Cobb**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JONATHAN COBB<br><br>　　　　　　　Plaintiff,<br><br>　　　　　　v.<br><br>GOOGLE INC. and<br>WORKFORCELOGIC USA,<br><br>　　　　　　　Defendants. | Case No. 1:08-CV-0483 (MHS) |

## LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C), Northern District of Georgia, specifically Times New Roman 14 point.

　　　　　　　　　　　　　　　/s/ Eric P. Schroeder
　　　　　　　　　　　　　　　Eric P. Schroeder

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JONATHAN COBB<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC. and<br>WORKFORCELOGIC USA,<br><br>Defendants. | Case No. 1:08-CV-0483 (MHS) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2008, copies of the **Joint Consent Motion for Extension of Time to Answer or Otherwise Respond to the First Amended Complaint** and **[Proposed] Order Extending Time** were electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to the following attorneys of record:

Michael Alan Dailey
**ANDERSON DAILEY LLP**
2002 Summit Boulevard
Suite 1250
Atlanta, Georgia 30319
404-442-1800
404-442-1820 (facsimile)
mdailey@andersondailey.com

Gary Hill
**HILL AND BELIBERG**
47 Perimeter Center
Atlanta, Georgia 30346
770-394-7800
ghill@hillandbleiberg.com

Joan Dillon
**JOAN DILLON LAW LLC**
3522 Ashford Dunwood Road
PMB 235
Atlanta, Georgia 30319
404-257-1708
joan@joandillonlaw.com

I also hereby certify that on this date I mailed copies to the following attorneys by depositing a copy in U.S. Mail with appropriate postage:

Charlotte K. McClusky
John C. Fish
**LITTLER MENDELSON, P.C.**
3348 Peachtree Road, N.E.
Suite 1100
Atlanta, Georgia 30326-1008
404-233-0330
404-233-2361 (facsimile)

/s/ Eric P. Schroeder
Eric P. Schroeder

::1261516\1