# NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

JONATHAN COBB

        Plaintiff,

        v.

GOOGLE INC. and
WORKFORCELOGIC USA,

        Defendants.

Case No. 1:08-CV-0483 (MHS)

### [Proposed] ORDER EXTENDING TIME

This matter was brought before the Court on the Joint Consent Motion for Extension of Time of Defendants Google Inc. and WorkforceLogic in the above-captioned case. The parties having consented to the extension and for good cause show, it is hereby ORDERED that Defendants have through and including Friday, March 28, 2008, to file an Answer or otherwise respond to Plaintiff Jonathan Cobb's First Amended Complaint in this action.

This 13 day of March, 2008.

The Honorable Marvin H. Shoob
United States District Judge