# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JONATHAN COBB,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE, INC.; and<br>WORKFORCELOGIC USA;<br><br>    Defendant. | CASE NO. 1:08-CV-0483-MHS |

## *NOTICE OF APPEARANCE*

Charlotte K. McClusky, of the law firm of Littler Mendelson, P.C., respectfully submits this Notice of Appearance as local counsel on behalf Defendant Workforcelogic. Ms. McClusky requests that all pleadings and orders in this matter be sent to her through the Court's electronic filing CM/ECF system.

Respectfully submitted this 25th day of March 2008.

s/ Charlotte K. McClusky
Georgia Bar No. 484223
LITTLER MENDELSON, P.C.
3348 Peachtree Road N.E., Suite 1100
Atlanta, Georgia 30326
Phone: (404) 233-0330
Fax: (404) 233-2361
cmcclusky@littler.com

Counsel for Defendant

1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JONATHAN COBB,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC.; and<br>WORKFORCELOGIC USA;<br><br>Defendant. | CASE NO. 1:08-CV-0483-MHS |

## *CERTIFICATE OF SERVICE*

I hereby certify that, on this 25th day of March 2008, I electronically filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system which will provide notice to counsel of record.

s/ Charlotte K. McClusky
Georgia Bar No. 484223
