# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JONATHAN COBB,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE, INC.; and<br>WORKFORCELOGIC USA;<br><br>    Defendant. | CASE NO. 1:08-CV-0483-MHS |

## DEFENDANT WORKFORCELOGIC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

1.  The undersigned counsel of record for WorkforceLogic certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    Plaintiff: Jonathan Cobb

    Defendant: Google, Inc. (WorkforceLogic defers to Google to identify if it has any parent, et al.)

    Defendant: WorkforceLogic (privately owned by The Nelson Family of Companies)

1

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    None to WorkforceLogic's knowledge.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    For Plaintiff Jonathan Cobb:
        Michael Alan Dailey, Esq.
        Anderson Dailey LLP
        2002 Summit Boulevard
        Suite 1250
        Atlanta, Georgia 30319

        Gary Hill, Esq.
        Hill and Bleiberg
        47 Perimeter Center
        Atlanta, Georgia 30346

        Joan Dillon, Esq.
        Joan Dillon Law LLC
        3522 Ashford Dunwoody Road, PMB 235
        Atlanta, Georgia 30319

    For Defendant Google, Inc.:
        Michael Zwibelman, Esq.
        Brune & Richard LLP
        235 Montgomery Street, Suite 1130
        San Francisco, CA 94104

David Ziff, Esq.
Powell Goldstein LLP
One Atlantic Center, 14th Floor
Atlanta, GA 30309.3488

For WorkforceLogic:
John C. Fish, Jr., Esq.
Ronald D. Arena, Esq.
Littler Mendelson, P.C.
650 California Street, 20th Floor
San Francisco, CA 94108.2693

Charlotte K. McClusky, Esq.
Littler Mendelson, P.C.
3348 Peachtree Road N.E., Suite 1100
Atlanta, Georgia 30326

Geoffrey Mohun, Esq.
Corporate Counsel
The Nelson Family of Companies
18 Professional Center Parkway, 2nd Floor
San Rafael, CA 94903

Respectfully submitted this 28th day of March 2008.

    s/ Charlotte K. McClusky
    Georgia Bar No. 484223
    LITTLER MENDELSON, P.C.
    3348 Peachtree Road N.E., Suite 1100
    Atlanta, Georgia 30326
    Phone: (404) 233-0330
    Fax: (404) 233-2361
    cmcclusky@littler.com

    Counsel for Defendant WorkforceLogic

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JONATHAN COBB,<br><br>  Plaintiff,<br><br>v.<br><br>GOOGLE, INC.; and<br>WORKFORCELOGIC USA;<br><br>  Defendant. | CASE NO. 1:08-CV-0483-MHS |

## *CERTIFICATE OF SERVICE*

I hereby certify that, on this 28th day of March 2008, I electronically filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system which will provide notice to counsel of record.

          s/ Charlotte K. McClusky
          Georgia Bar No. 484223
          LITTLER MENDELSON, P.C.
          3348 Peachtree Road N.E., Suite 1100
          Atlanta, Georgia 30326
          Phone: (404) 233-0330
          Fax: (404) 233-2361
          cmcclusky@littler.com

          Counsel for Defendant WorkforceLogic