# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JONATHAN COBB,<br><br>              Plaintiff,<br><br>v.<br><br>GOOGLE INC., and<br>WORKFORCELOGIC,<br><br>              Defendants. | No. 1:08-CV-0483 (MHS) |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF GOOGLE INC.

Defendant Google Inc. ("Google") hereby files this Certificate of Interested Persons and Corporate Disclosure Statement. Pursuant to LR 3.3, NDGa and Fed. R. Civ. P. 7.1, Google states as follows:

**(1)** The undersigned counsel of record for Google certifies that the following is a full and complete list of all parties in this action, including any parent corporation of Google and any publicly held corporation that owns 10 percent or more of Google stock:

    Plaintiff:    Jonathan Cobb

    Defendant:    Google Inc.

Defendant: WorkforceLogic

Google states that it has no parent corporation, and no publicly held corporation owns 10 percent or more of its stock.

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

To the best of Google's knowledge, none.

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for Google in this proceeding:

> Laurie Edelstein
> Michael A. Zwibelman
> David Ziff
> BRUNE & RICHARD LLP
>
> Eric P. Schroeder
> Joseph R. Burby
> John C. Bush
> POWELL GOLDSTEIN LLP

Address and contact information are listed below.

Respectfully submitted, this 28th day of March, 2008.

/s/ Eric P. Schroeder
Eric P. Schroeder
Georgia Bar No. 629880
R. Joseph Burby, IV
Georgia Bar No. 094503
John C. Bush
Georgia Bar No. 413159
**POWELL GOLDSTEIN LLP**
One Atlantic Center
Fourteenth Floor
Atlanta, Georgia 30309
(404) 572-6600
(404) 572-6999


Laurie Edelstein
(Admitted *Pro Hac Vice*)
Michael A. Zwibelman
(Admitted *Pro Hac Vice*)
David Ziff
(Admitted *Pro Hac Vice*)
**BRUNE & RICHARD LLP**
235 Montgomery Street
Suite 1130
San Francisco, CA 94104
(415) 563-0600
(415) 563-0613 (facsimile)

**Attorneys for Defendant Google Inc.**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JONATHAN COBB<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE INC. and WORKFORCELOGIC,<br><br>    Defendants. | Case No. 1:08-CV-0483 (MHS) |

## LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C), Northern District of Georgia, specifically Times New Roman 14 point.

            /s/ Eric P. Schroeder
            Eric P. Schroeder

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JONATHAN COBB<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC. and WORKFORCELOGIC,<br><br>Defendants. | Case No. 1:08-CV-0483 (MHS) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2008, a copy of the **Certificate of Interested Persons and Corporate Disclosure Statement of Defendant Google Inc.** was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to the following attorneys of record:

>  Michael Alan Dailey
>  **ANDERSON DAILEY LLP**
>  2002 Summit Boulevard
>  Suite 1250
>  Atlanta, Georgia 30319
>  404-442-1800
>  404-442-1820 (facsimile)
>  mdailey@andersondailey.com

Gary Hill
**HILL AND BELIBERG**
47 Perimeter Center
Atlanta, Georgia 30346
770-394-7800
ghill@hillandbleiberg.com

Joan Dillon
**JOAN DILLON LAW LLC**
3522 Ashford Dunwood Road
PMB 235
Atlanta, Georgia 30319
404-257-1708
joan@joandillonlaw.com

Charlotte C. McClusky
John C. Fish
**LITTLER MENDELSON, P.C.**
3348 Peachtree Road, N.E.
Suite 1100
Atlanta, Georgia 30326-1008
404-233-0330
404-233-2361 (facsimile)

/s/ Eric P. Schroeder
Eric P. Schroeder