# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JONATHAN COBB<br><br>                Plaintiff,<br><br>    v.<br><br>GOOGLE INC. and<br>WORKFORCELOGIC,<br><br>                Defendants. | Case No. 1:08-CV-0483 (MHS) |

## JOINT CONSENT MOTION FOR EXTENSION OF TIME
## TO FILE JOINT PRELIMINARY REPORT AND DISCOVERY PLAN

Plaintiff Jonathan Cobb and Defendants Google Inc. and WorkforceLogic (collectively, the "Parties") hereby submit this joint consent motion moving this Honorable Court for an extension of time of seven (7) days to submit the Joint Preliminary Report and Discovery Plan through and including Monday, May 5, 2008.

In support, the Parties show as follows:

1. The Parties held their Rule 26(f) (Early Planning) Conference pursuant to Northern District of Georgia Local Rule 16.1 on April 11, 2008.

2. Because of scheduling conflicts, the Parties have had difficulty finalizing the Joint Preliminary Report and Discovery Plan.

3. The Parties respectfully request that a short extension of time be granted through and including Monday, May 5, 2008, by which the Parties must file a Joint Preliminary Report and Discovery Plan. All parties have agreed to this time sequence.

4. The Parties are submitting a proposed Order with this Motion.

Respectfully submitted, this 28th day of April, 2008.

| | |
|---|---|
| /s/ Michael Alan Dailey | /s/ Eric P. Schroeder |
| *(with express permission)* | Eric P. Schroeder |
| Michael Alan Dailey | Georgia Bar No. 629880 |
| ANDERSON DAILEY LLP | R. Joseph Burby, IV |
| 2002 Summit Boulevard | Georgia Bar No. 094503 |
| Suite 1250 | John C. Bush |
| Atlanta, Georgia 30319 | Georgia Bar No. 413159 |
| 404-442-1800 | POWELL GOLDSTEIN LLP |
| 404-442-1820 (facsimile) | One Atlantic Center |
| mdailey@andersondailey.com | Fourteenth Floor |
| | Atlanta, Georgia 30309 |
| Gary Hill | (404) 572-6600 |
| HILL AND BLEIBERG | (404) 572-6999 |
| 47 Perimeter Center | |
| Atlanta, Georgia 30346 | |
| 770-394-7800 | |
| ghill@hillandbleiberg.com | |

| | |
|---|---|
| Joan Dillon<br>JOAN DILLON LAW LLC<br>3522 Ashford Dunwoody Road<br>PMB 235<br>Atlanta, Georgia 30319<br>404-257-1708<br>joan@joandillonlaw.com<br><br>**Attorneys for Plaintiff Jonathan Cobb** | Laurie Edelstein<br>(Admitted *Pro Hac Vice*)<br>Michael A. Zwibelman<br>(Admitted *Pro Hac Vice*)<br>David Ziff<br>(Admitted *Pro Hac Vice*)<br>BRUNE & RICHARD LLP<br>235 Montgomery Street<br>Suite 1130<br>San Francisco, CA 94104<br>(415) 563-0600<br>(415) 563-0613 (facsimile)<br><br>**Attorneys for Defendant Google Inc.**<br><br>/s/ Charlotte K. McClusky<br>*(signed with express permission)*<br>Charlotte K. McClusky<br>Georgia Bar No. 484223<br>John C. Fish, Jr.<br>(Admitted *Pro Hac Vice*)<br>Ronald Arena<br>(Admitted *Pro Hac Vice*)<br>LITTLER MENDELSON, P.C.<br>3348 Peachtree Road, N.E.<br>Suite 1100<br>Atlanta, Georgia 30326-1008<br>(404) 233-0330<br>(404) 233-2361 (facsimile)<br><br>**Attorneys for Defendant WorkforceLogic** |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JONATHAN COBB<br><br>               Plaintiff,<br><br>            v.<br><br>GOOGLE INC. and<br>WORKFORCELOGIC,<br><br>               Defendants. | Case No. 1:08-CV-0483 (MHS) |

## **LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE**

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C), Northern District of Georgia, specifically Times New Roman 14 point.

                                            /s/ Eric P. Schroeder
                                            Eric P. Schroeder

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JONATHAN COBB<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE INC. and<br>WORKFORCELOGIC,<br><br>    Defendants. | Case No. 1:08-CV-0483 (MHS) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2008, copies of the **Joint Consent Motion for Extension of Time to File the Joint Preliminary Report and Discovery Plan** and the **[Proposed] Order to Extend Time** were electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to the following attorneys of record:

 Michael Alan Dailey
 **ANDERSON DAILEY LLP**
 2002 Summit Boulevard
 Suite 1250
 Atlanta, Georgia 30319
 404-442-1800
 404-442-1820 (facsimile)
 mdailey@andersondailey.com

Gary Hill
**HILL AND BLEIBERG**
47 Perimeter Center
Atlanta, Georgia 30346
770-394-7800
ghill@hillandbleiberg.com

Joan Dillon
**JOAN DILLON LAW LLC**
3522 Ashford Dunwoody Road
PMB 235
Atlanta, Georgia 30319
404-257-1708
joan@joandillonlaw.com

Charlotte K. McClusky
John C. Fish
Ronald Arena
**LITTLER MENDELSON, P.C.**
3348 Peachtree Road, N.E.
Suite 1100
Atlanta, Georgia 30326-1008
404-233-0330
404-233-2361 (facsimile)

/s/ Eric P. Schroeder
Eric P. Schroeder

1272494_1