# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| JONATHAN COBB<br><br>    Plaintiff,<br><br>      v.<br><br>GOOGLE INC. and<br>WORKFORCELOGIC,<br><br>    Defendants. | Case No. 1:08-CV-0483 (MHS) |

## [Proposed] ORDER EXTENDING TIME

This matter was brought before the Court on the Joint Consent Motion for Extension of Time to File the Joint Preliminary Report and Discovery Plan of Plaintiff Jonathan Cobb and Defendants Google Inc. and WorkforceLogic (collectively, the "Parties") in the above-captioned case. The Parties having consented to the extension and for good cause show, it is hereby ORDERED that the Parties have through and including Monday, May 5, 2008, to file a Joint Preliminary Report and Discovery Plan in this action.

This _____ day of April, 2008.

_____
The Honorable Marvin H. Shoob
United States District Judge