UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JONATHAN COBB,

        Plaintiff,

        v.

GOOGLE INC. and
WORKFORCE LOGIC LLC,

        Defendants.

Case No. 1:08-CV-0483 (MHS)

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2008, a copy of Defendant Google Inc.'s First Set of Interrogatories to Plaintiff Jonathan Cobb was mailed to the following attorneys by depositing a copy in the U.S. Mail with appropriate postage:

Michael Alan Dailey
**ANDERSON DAILEY LLP**
2002 Summit Boulevard
Suite 1250
Atlanta, Georgia 30319
404-442-1800
404-442-1820 (facsimile)
mdailey@andersondailey.com

Gary Hill
**HILL AND BLEIBERG**
47 Perimeter Center
Atlanta, Georgia 30346
770-394-7800
ghill@hillandbleiberg.com

Joan Dillon
**JOAN DILLON LAW LLC**
3522 Ashford Dunwood Road
PMB 235
Atlanta, Georgia 30319
404-257-1708
joan@joandillonlaw.com

Charlotte K. McClusky
John C. Fish
**LITTLER MENDELSON, P.C.**
3348 Peachtree Road, N.E.
Suite 1100
Atlanta, Georgia 30326-1008
404-233-0330
404-233-2361 (facsimile)

                        /s/ Eric P. Schroeder
                        Eric P. Schroeder

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JONATHAN COBB,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE INC. and<br>WORKFORCELOGIC USA,<br><br>    Defendants. | Case No. 1:08-CV-0483 (MHS) |

**LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE**

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in N.D. Ga. Local Rule 5.1(C), specifically Times New Roman 14 pt.

            /s/ Eric P. Schroeder
            Eric P. Schroeder