IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JONATHAN COBB,

      Plaintiff,

vs.

GOOGLE, INC.; and
WORKFORCELOGIC LLC;

      Defendants.

: CIVIL ACTION FILE
: NUMBER 1:08-CV-0483-MHS

## RULE 5.4 CERTIFICATE OF SERVICE

COMES NOW Jonathan Cobb, Plaintiff, and, pursuant to Local Rule 5.4 and the agreement of counsel, hereby gives notice of the fact that he has on June 20, 2008 served a copy of:

(1) Answers And Objections To Defendant Google, Inc.'s First Set Of Interrogatories To Plaintiff Jonathan Cobb;

(2) Responses To Defendant Google, Inc.'s First Set Of Requests For Production Of Documents To Plaintiff Jonathan Cobb; and

(3) Plaintiff's Initial Disclosures

upon counsel for Defendants by depositing same in the United States mail, with sufficient postage thereon to insure delivery and addressed to:

>Laurie Edelstein, Esq.
>Michael A. Zwibelman, Esq.
>David Ziff, Esq.
>**BRUNE & RICHARD LLP**
>235 Montgomery Street
>Suite 1130
>San Francisco, California 94104
>
>Charlotte K. McClusky, Esq.
>John C. Fish, Esq.
>**LITTLER MENDELSON, P.C.**
>3348 Peachtree Road N.E.
>Suite 1100
>Atlanta, Georgia 30326-1008
>
>Eric P. Shroeder, Esq.
>R. Joseph Burby, IV, Esq.
>John C. Bush, Esq.
>**POWELL GOLDSTEIN LLP**
>One Atlantic Center
>Fourteenth Floor
>Atlanta, Georgia 30309

This 20th day of June, 2008.

>*/s/Michael Alan Dailey*
>Michael Alan Dailey
>Georgia Bar No. 203250
>**ANDERSON DAILEY LLP**
>2002 Summit Boulevard
>Suite 1250
>Atlanta, Georgia 30319
>404 442 1800 voice
>404 442 1820 data
>mdailey@andersondailey.com