# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JONATHAN COBB,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE INC. and<br>WORKFORCE LOGIC LLC,<br><br>    Defendants. | Case No. 1:08-CV-0483 (MHS) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2008, copies of (1) Defendant Google Inc.'s Responses to Plaintiff's First Continuing Interrogatories to Defendants and (2) Defendant Google's Inc's Responses to Plaintiff's First Continuing Requests for Production of Documents and Things to Defendants were mailed to the following attorneys by depositing a copy in the U.S. Mail with appropriate postage:

Michael Alan Dailey
**ANDERSON DAILEY LLP**
2002 Summit Boulevard
Suite 1250
Atlanta, Georgia 30319
404-442-1800
404-442-1820 (facsimile)
mdailey@andersondailey.com

Gary Hill
**HILL AND BLEIBERG**
47 Perimeter Center
Atlanta, Georgia 30346
770-394-7800
ghill@hillandbleiberg.com

Joan Dillon
**JOAN DILLON LAW LLC**
3522 Ashford Dunwood Road
PMB 235
Atlanta, Georgia 30319
404-257-1708
joan@joandillonlaw.com

Charlotte K. McClusky
John C. Fish
**LITTLER MENDELSON, P.C.**
3348 Peachtree Road, N.E.
Suite 1100
Atlanta, Georgia 30326-1008
404-233-0330
404-233-2361 (facsimile)

/s/ Jessica Long
Jessica Long

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JONATHAN COBB,<br><br>    Plaintiff,<br><br>      v.<br><br>GOOGLE INC. and<br>WORKFORCE LOGIC LLC,<br><br>    Defendants. | Case No. 1:08-CV-0483 (MHS) |

## LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in N.D. Ga. Local Rule 5.1(C), specifically Times New Roman 14 pt.

            /s/ Eric P. Schroeder
            Eric P. Schroeder

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JONATHAN COBB,<br><br>        Plaintiff,<br><br>        v.<br><br>GOOGLE INC. and<br>WORKFORCE LOGIC LLC,<br><br>        Defendants. | Case No. 1:08-CV-0483 (MHS) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2008, a copy of the foregoing **Certificate of Service** was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to the following attorneys of record:

Michael Alan Dailey
**ANDERSON DAILEY LLP**
2002 Summit Boulevard
Suite 1250
Atlanta, Georgia 30319
404-442-1800
404-442-1820 (facsimile)
mdailey@andersondailey.com

Gary Hill
**HILL AND BLEIBERG**
47 Perimeter Center
Atlanta, Georgia 30346
770-394-7800
ghill@hillandbleiberg.com

Joan Dillon
**JOAN DILLON LAW LLC**
3522 Ashford Dunwood Road
PMB 235
Atlanta, Georgia 30319
404-257-1708
joan@joandillonlaw.com

Charlotte K. McClusky
John C. Fish
**LITTLER MENDELSON, P.C.**
3348 Peachtree Road, N.E.
Suite 1100
Atlanta, Georgia 30326-1008
404-233-0330
404-233-2361 (facsimile)

/s/ Eric P. Schroeder
Eric P. Schroeder