IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JONATHAN COBB,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC.; and<br>WORKFORCELOGIC USA;<br><br>Defendant. | CASE NO. 1:08-CV-0483-MHS |

## CERTIFICATE OF SERVICE

I hereby certify that, on this 20th day of June, I served a true and correct copy of the foregoing *Defendant WorkforceLogic's Objections And Responses To Plaintiff's First Continuing Interrogatories to Defendants* upon counsel for Plaintiff *via* United States Mail, postage pre-paid, addressed as follows:

Michael Alan Dailey, Esq.
ANDERSON DAILEY LLP
2002 Summit Boulevard, Suite 1250
Atlanta, Georgia 30319

Diane Jarest

Firmwide:85563365.1 014358.1048

18

Dockets.Justia.com