# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JONATHAN COBB,<br><br>  Plaintiff,<br><br>v.<br><br>GOOGLE, INC.; and<br>WORKFORCELOGIC USA;<br><br>  Defendant. | CASE NO. 1:08-CV-0483-MHS |

## CERTIFICATE OF SERVICE

I hereby certify that, on this 20th day of June, I served a true and correct copy of the foregoing *Defendant WorkforceLogic's Objections And Responses To Plaintiff's First Continuing Request For Production of Documents and Thins to Defendants* upon counsel for Plaintiff via United States Mail, postage pre-paid, addressed as follows:

Michael Alan Dailey, Esq.
ANDERSON DAILEY LLP
2002 Summit Boulevard, Suite 1250
Atlanta, Georgia 30319

_____
Diane Jarest

15