IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JONATHAN COBB,

    Plaintiff,

vs.

GOOGLE, INC.; and
WORKFORCELOGIC USA;

    Defendants.

CIVIL ACTION FILE
NUMBER 1:08-CV-0483-MHS

## PLAINTIFF'S MOTION TO COMPEL
## DISCOVERY FROM DEFENDANT GOOGLE, INC.

COMES NOW Jonathan Cobb, Plaintiff in the above-captioned action, and, pursuant to Rules 26, 34 and 37 of the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Northern District of Georgia, respectfully moves the Court for entry of an order compelling Defendant Google Inc. ("Google"):

    (1) to provide full and complete Initial Disclosures as required by this Court's Local Rules;

    (2) to provide answers to Plaintiff's First Interrogatories; and

(3) to produce documents in response to Plaintiff's First Request for the production of documents and things.

In their Joint Preliminary Statement And Scheduling Order, the parties agreed that their Initial Disclosure information could be supplied at the time and within the context of the parties' responses to their separately served discovery requests. This agreement was intended to make the parties' gathering and reporting of case-related information more efficient. Plaintiff provided his Initial Disclosures in full. Defendant Google did not. Google construed the parties' agreement as granting it the power unilaterally to decide which Initial Disclosure information it would supply, consistent, it explained, with its right to object to Plaintiff's separately served discovery requests. This is both contrary to the parties' agreement and to the Local Rules of this Court.

Plaintiff shows that his discovery requests are reasonably calculated to lead to the discovery of admissible evidence. The information and documents requested are pointedly relevant to issues in the case. Without proper responses provided by Google, Plaintiff is unable to prepare his case for trial or investigate fully Google's affirmative defenses of independent creation.

For all the reasons noted, Plaintiff respectfully requests that his Motion To Compel be granted and that Google be ordered to participate fully in the discovery processes of this Court.

Respectfully submitted,

*/s/ Michael Alan Dailey*
Michael Alan Dailey
Georgia Bar No. 203250
**ANDERSON DAILEY LLP**
2002 Summit Boulevard
Suite 1250
Atlanta, Georgia 30319
404 442 1800 voice
404 442 1820 data
mdailey@andersondailey.com

Gary Hill
Georgia Bar No. 353750
**HILL AND BLEIBERG**
47 Perimeter Center
Atlanta, Georgia 30346
770 394 7800 (telephone)
ghill@hillandbleiberg.com

ATTORNEYS FOR PLAINTIFF

OF COUNSEL:
Joan Dillon
Georgia Bar No. 222120
**JOAN DILLON LAW LLC**
3522 Ashford Dunwoody Road
PMB 235
Atlanta, Georgia 30319
404 257 1708 (telephone)
joan@joandillonlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JONATHAN COBB,

    Plaintiff,

vs.

GOOGLE, INC.; and
WORKFORCELOGIC USA;

    Defendants.

CIVIL ACTION FILE
NUMBER 1:08-CV-0483-MHS

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing *Plaintiff's Motion To Compel Discovery From Defendant Google, Inc.* upon counsel for Defendants by depositing same in the United States mail, with sufficient postage thereon to insure delivery and addressed to:

    Laurie Edelstein, Esq.
    Michael A. Zwibelman, Esq.
    David Ziff, Esq.
    **BRUNE & RICHARD LLP**
    235 Montgomery Street
    Suite 1130
    San Francisco, California 94104

Charlotte K. McClusky, Esq.
John C. Fish, Esq.
**LITTLER MENDELSON, P.C.**
3348 Peachtree Road N.E.
Suite 1100
Atlanta, Georgia 30326-1008

Eric P. Shroeder, Esq.
R. Joseph Burby, IV, Esq.
John C. Bush, Esq.
**POWELL GOLDSTEIN LLP**
One Atlantic Center
Fourteenth Floor
Atlanta, Georgia 30309

This 18th day of September, 2008.

*/s/ Michael Alan Dailey*
Michael Alan Dailey
Georgia Bar No. 203250
**ANDERSON DAILEY LLP**
2002 Summit Boulevard
Suite 1250
Atlanta, Georgia 30319
404 442 1800 voice
404 442 1820 data
mdailey@andersondailey.com