IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JONATHAN COBB, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION FILE |
| | : NUMBER 1:08-CV-0483-MHS |
| GOOGLE, INC.; and WORKFORCELOGIC USA; | : |
| Defendants. | : |

## PLAINTIFF'S MOTION TO EXCEED PAGE LIMITATION

COMES NOW Jonathan Cobb, Plaintiff, and, pursuant to Local Rule 7.1D, respectfully moves the Court for leave to exceed the page limitation of 25 pages respecting his *Memorandum Of Points And Authorities In Support Of Plaintiff's Motion To Compel Discovery From Defendant Google, Inc.*, filed with the Court on September 18, 2008.

Plaintiff tried diligently to meet the page limitation specified in the Local Rules, employed page pagination techniques aimed at maximizing the content presented on each page, and sought to keep his argumentation as succinct as possible. Still, because a large number of Initial Disclosures,

Interrogatories and Requests For Production are addressed within the body of Plaintiff's Memorandum, and because Plaintiff also sought to convenience the Court by presenting the affected discovery requests within the body of his Memorandum, going beyond the page limitation became unavoidable.

As filed, the Memorandum contains 36 pages of factual and legal presentation, exclusive of attorney signatures. Plaintiff respectfully requests leave to have his Memorandum exceed the page limitation as described herein.

**WHEREFORE**, Jonathan Cobb, Plaintiff, respectfully requests that his Motion To Exceed Page Limitation be GRANTED.

Respectfully submitted,

*/s/ Michael Alan Dailey*
Michael Alan Dailey
Georgia Bar No. 203250
**ANDERSON DAILEY LLP**
2002 Summit Boulevard
Suite 1250
Atlanta, Georgia 30319
404 442 1800 voice
404 442 1820 data
mdailey@andersondailey.com

Gary Hill
Georgia Bar No. 353750
**HILL AND BLEIBERG**
47 Perimeter Center
Atlanta, Georgia 30346
770 394 7800 (telephone)
ghill@hillandbleiberg.com

ATTORNEYS FOR PLAINTIFF

OF COUNSEL:
Joan Dillon
Georgia Bar No. 222120
**JOAN DILLON LAW LLC**
3522 Ashford Dunwoody Road
PMB 235
Atlanta, Georgia 30319
404 257 1708 (telephone)
joan@joandillonlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JONATHAN COBB, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACTION FILE |
| | : | NUMBER 1:08-CV-0483-MHS |
| GOOGLE, INC.; and | : | |
| WORKFORCELOGIC USA; | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing *Plaintiff's Motion To Exceed Page Limitation* upon counsel for Defendants by depositing same in the United States mail, with sufficient postage thereon to insure delivery and addressed to:

>Laurie Edelstein, Esq.
>Michael A. Zwibelman, Esq.
>David Ziff, Esq.
>**BRUNE & RICHARD LLP**
>235 Montgomery Street
>Suite 1130
>San Francisco, California 94104

Charlotte K. McClusky, Esq.
John C. Fish, Esq.
**LITTLER MENDELSON, P.C.**
3348 Peachtree Road N.E.
Suite 1100
Atlanta, Georgia 30326-1008

Eric P. Shroeder, Esq.
R. Joseph Burby, IV, Esq.
John C. Bush, Esq.
**POWELL GOLDSTEIN LLP**
One Atlantic Center
Fourteenth Floor
Atlanta, Georgia 30309

This 19th day of September, 2008.

/s/ *Michael Alan Dailey*
Michael Alan Dailey
Georgia Bar No. 203250
**ANDERSON DAILEY LLP**
2002 Summit Boulevard
Suite 1250
Atlanta, Georgia 30319
404 442 1800 voice
404 442 1820 data
mdailey@andersondailey.com