UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JONATHAN COBB,

    Plaintiff,

v.

GOOGLE, INC. et al.,
    Defendants.

CIVIL ACTION NO.

1:08-CV-0483-MHS

## ORDER

The Court GRANTS plaintiff's motion for leave to exceed the page limitation respecting his memorandum in support of plaintiff's motion to compel discovery pursuant to Local Rule 7.1D [#34].

IT IS SO ORDERED, this 14th day of September, 2008.

Marvin H. Shoob, Senior Judge
United States District Court
Northern District of Georgia