UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JONATHAN COBB,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE INC. and<br>WORKFORCE LOGIC LLC,<br><br>　　　　　　Defendants. | Case No. 1:08-CV-0483 (MHS) |

## CERTIFICATE OF CONSENT TO WITHDRAW AS COUNSEL FOR DEFENDANT GOOGLE INC.

COME NOW Laurie Edelstein and the law firm of Brune & Richard LLP and, pursuant to Rule 83.1E of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, file this Certificate of Consent to withdraw as counsel for Defendant Google Inc. ("Google") in this action.

Furthermore, Google has selected Eric P. Schroeder and the law firm of Powell Goldstein LLP ("Powell Goldstein Counsel") to serve as lead counsel for Google.  The Powell Goldstein Counsel previously served as local counsel and have already filed a notice of appearance, dated March 12, 2008.

As evidenced by its signature below, Google consents to the requested withdrawal and substitution of counsel.

Respectfully submitted, this 23rd day of September, 2008.

/s/ Laurie Edelstein
Laurie Edelstein (Admitted *Pro Hac Vice*)
Michael A. Zwibelman (Admitted *Pro Hac Vice*)
David Ziff (Admitted *Pro Hac Vice*)

**BRUNE & RICHARD LLP**
235 Montgomery Street
Suite 1130
San Francisco, CA 94104
(415) 563-0600
(415) 563-0613 (facsimile)

/s/ Eric P. Schroeder
Eric P. Schroeder
Georgia Bar No. 629880
R. Joseph Burby, IV
Georgia Bar No. 094503
John C. Bush
Georgia Bar No. 413159

**POWELL GOLDSTEIN LLP**
One Atlantic Center, Fourteenth Floor
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309-3488
404-572-6600
404-572-6999 (facsimile)

/s/ Nicole Wong
							Deputy General Counsel
							Google Inc.
Google Inc.
1965 Charleston Road
Mountain View, California  94043

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| JONATHAN COBB,<br><br>        Plaintiff,<br><br>        v.<br><br>GOOGLE INC. and<br>WORKFORCE LOGIC LLC,<br><br>        Defendants. | Case No. 1:08-CV-0483 (MHS) |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2008, a copy of the foregoing **Certificate of Consent to Withdraw as Counsel for Defendant Google** was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to the following attorneys of record::

    Michael Alan Dailey
    **ANDERSON DAILEY LLP**
    2002 Summit Boulevard
    Suite 1250
    Atlanta, Georgia 30319
    404-442-1800
    404-442-1820 (facsimile)
    mdailey@andersondailey.com

Gary Hill
**HILL AND BLEIBERG**
47 Perimeter Center
Atlanta, Georgia 30346
770-394-7800
ghill@hillandbleiberg.com

Joan Dillon
**JOAN DILLON LAW LLC**
3522 Ashford Dunwoody Road
PMB 235
Atlanta, Georgia 30319
404-257-1708
joan@joandillonlaw.com

Charlotte K. McClusky
John C. Fish
**LITTLER MENDELSON, P.C.**
3348 Peachtree Road, N.E.
Suite 1100
Atlanta, Georgia 30326-1008
404-233-0330
404-233-2361 (facsimile)

          /s/ John C. Bush
          John C. Bush

| | |
|---|---|
| JONATHAN COBB,<br><br>     Plaintiff,<br><br>     v.<br><br>GOOGLE INC. and<br>WORKFORCELOGIC USA,<br><br>     Defendants. | Case No. 1:08-CV-0483 (MHS) |

## LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Rule 5.1(C) of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, specifically Times New Roman 14 pt.

            /s/ John C. Bush
            John C. Bush

5230988_3.DOC