# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JONATHAN COBB,<br><br>        Plaintiff,<br><br>        v.<br><br>GOOGLE INC. and<br>WORKFORCE LOGIC LLC,<br><br>        Defendants. | Case No. 1:08-CV-0483 (MHS) |

## [Proposed]
## CONSENT ORDER FOR EXTENSION OF TIME

This cause is before the Court upon the request of Defendant Google Inc. ("Google") to extend its time to respond to the Plaintiff Jonathan Cobb's ("Cobb") Motion to Compel Discovery from Defendant Google, Inc. [Doc No. 33]. Google requests an extension so that a response is due by Wednesday, October 15, 2008.

Google has requested the extension because it is supplementing responses to Plaintiff's discovery requests, which may resolve some of the issues raised in Cobb's pending motion to compel. Counsel for Cobb has indicated that Cobb does not oppose the extension.

The Parties having stipulated and agreed to the extension and for good cause shown, it is hereby **ORDERED** as follows:

1. Google's deadline to respond to Cobb's motion to compel is extended through and including Wednesday, October 15, 2008.

SO ORDERED, this _____ day of _____, 2008.

_____
Marvin H. Shoob
Judge, U.S. District Court
Northern District of Georgia

Stipulated and agreed:

| | |
|---|---|
| /s/ Michael Alan Dailey | /s/ Eric P. Schroeder |
| *(with express permission)* | Eric P. Schroeder |
| Michael Alan Dailey | Georgia Bar No. 629880 |
| ANDERSON DAILEY LLP | R. Joseph Burby, IV |
| 2002 Summit Boulevard | Georgia Bar No. 094503 |
| Suite 1250 | John C. Bush |
| Atlanta, Georgia 30319 | Georgia Bar No. 413159 |
| 404-442-1800 | POWELL GOLDSTEIN LLP |
| 404-442-1820 (facsimile) | One Atlantic Center |
| mdailey@andersondailey.com | Fourteenth Floor |
| | Atlanta, Georgia 30309 |
| Gary Hill | (404) 572-6600 |
| HILL AND BLEIBERG | (404) 572-6999 |
| 47 Perimeter Center | |
| Atlanta, Georgia 30346 | **Attorneys for Defendant Google Inc.** |
| 770-394-7800 | |
| ghill@hillandbleiberg.com | |

Joan Dillon
JOAN DILLON LAW LLC
3522 Ashford Dunwoody Road
PMB 235
Atlanta, Georgia 30319
404-257-1708
joan@joandillonlaw.com

**Attorneys for Plaintiff Jonathan Cobb**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JONATHAN COBB,<br><br>                     Plaintiff,<br><br>                          v.<br><br>GOOGLE INC. and<br>WORKFORCELOGIC USA,<br><br>                     Defendants. | Case No. 1:08-CV-0483 (MHS) |

## **LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE**

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Rule 5.1(C) of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, specifically Times New Roman 14 pt.

                                                         /s/ John C. Bush
                                                         John C. Bush

5256472_2.DOC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JONATHAN COBB,<br><br>        Plaintiff,<br><br>        v.<br><br>GOOGLE INC. and<br>WORKFORCE LOGIC LLC,<br><br>        Defendants. | Case No. 1:08-CV-0483 (MHS) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2008, a copy of the **[Proposed] Consent Order for Extension of Time** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following attorneys of record:

    Michael Alan Dailey
    **ANDERSON DAILEY LLP**
    2002 Summit Boulevard
    Suite 1250
    Atlanta, Georgia 30319
    404-442-1800
    404-442-1820 (facsimile)
    mdailey@andersondailey.com

Gary Hill
**HILL AND BLEIBERG**
47 Perimeter Center
Atlanta, Georgia 30346
770-394-7800
ghill@hillandbleiberg.com

Joan Dillon
**JOAN DILLON LAW LLC**
3522 Ashford Dunwoody Road
PMB 235
Atlanta, Georgia 30319
404-257-1708
joan@joandillonlaw.com

Charlotte K. McClusky
John C. Fish
**LITTLER MENDELSON, P.C.**
3348 Peachtree Road, N.E.
Suite 1100
Atlanta, Georgia 30326-1008
404-233-0330
404-233-2361 (facsimile)

/s/ John C. Bush
John C. Bush