UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JONATHAN COBB,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE INC. and<br>WORKFORCE LOGIC LLC,<br><br>    Defendants. | Case No. 1:08-CV-0483 (MHS) |

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2008, a copy of Supplement to Attachment C of Defendant Google Inc.'s Initial Disclosures were served on the following attorneys of record by United States Mail:

Michael Alan Dailey
**ANDERSON DAILEY LLP**
2002 Summit Boulevard
Suite 1250
Atlanta, Georgia 30319
404-442-1800
404-442-1820 (facsimile)
mdailey@andersondailey.com

3

Gary Hill
**HILL AND BLEIBERG**
47 Perimeter Center
Atlanta, Georgia 30346
770-394-7800
ghill@hillandbleiberg.com

Joan Dillon
**JOAN DILLON LAW LLC**
3522 Ashford Dunwoody Road
PMB 235
Atlanta, Georgia 30319
404-257-1708
joan@joandillonlaw.com

Charlotte K. McClusky
John C. Fish
**LITTLER MENDELSON, P.C.**
3348 Peachtree Road, N.E.
Suite 1100
Atlanta, Georgia 30326-1008
404-233-0330
404-233-2361 (facsimile)

/s/ John C. Bush
John C. Bush

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| JONATHAN COBB,<br><br>      Plaintiff,<br><br>        v.<br><br>GOOGLE INC. and<br>WORKFORCELOGIC USA,<br><br>      Defendants. | Case No. 1:08-CV-0483 (MHS) |

**LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE**

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Rule 5.1(C) of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, specifically Times New Roman 14 pt.

              /s/ John C. Bush
              John C. Bush

5235077_1.DOC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JONATHAN COBB,<br><br>             Plaintiff,<br><br>             v.<br><br>GOOGLE INC. and<br>WORKFORCE LOGIC LLC,<br><br>             Defendants. | Case No. 1:08-CV-0483 (MHS) |

## **LOCAL RULE CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2008, a copy of the foregoing **Certificate of Service** was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to the following attorneys of record:

    Michael Alan Dailey
    **ANDERSON DAILEY LLP**
    2002 Summit Boulevard
    Suite 1250
    Atlanta, Georgia 30319
    404-442-1800
    404-442-1820 (facsimile)
    mdailey@andersondailey.com

Gary Hill
**HILL AND BLEIBERG**
47 Perimeter Center
Atlanta, Georgia 30346
770-394-7800
ghill@hillandbleiberg.com

Joan Dillon
**JOAN DILLON LAW LLC**
3522 Ashford Dunwood Road
PMB 235
Atlanta, Georgia 30319
404-257-1708
joan@joandillonlaw.com

Charlotte K. McClusky
John C. Fish
**LITTLER MENDELSON, P.C.**
3348 Peachtree Road, N.E.
Suite 1100
Atlanta, Georgia 30326-1008
404-233-0330
404-233-2361 (facsimile)

                                        /s/ John C. Bush
                                        John C. Bush