UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JONATHAN COBB,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC. and<br>WORKFORCE LOGIC LLC,<br><br>Defendants. | Case No. 1:08-CV-0483 (MHS) |

**[Proposed]**
**CONSENT ORDER FOR EXTENSION OF TIME**

This cause is before the Court upon the request of Defendant Google Inc. ("Google") to extend its time to respond to the Plaintiff Jonathan Cobb's ("Cobb") Motion to Compel Discovery from Defendant Google, Inc. [Doc No. 33]. Google requests an extension so that a response is due by Wednesday, October 15, 2008.

Google has requested the extension because it is supplementing responses to Plaintiff's discovery requests, which may resolve some of the issues raised in Cobb's pending motion to compel. Counsel for Cobb has indicated that Cobb does not oppose the extension.

The Parties having stipulated and agreed to the extension and for good cause shown, it is hereby **ORDERED** as follows:

1. Google's deadline to respond to Cobb's motion to compel is extended through and including Wednesday, October 15, 2008.

SO ORDERED, this _____ day of _____, 2008.

_____
Marvin H. Shoob
Judge, U.S. District Court
Northern District of Georgia