UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JONATHAN COBB,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE INC. and<br>WORKFORCE LOGIC LLC,<br><br>    Defendants. | Case No. 1:08-CV-0483 (MHS) |

## **GOOGLE INC.'S MOTION FOR PROTECTIVE ORDER**

COMES NOW Defendant Google Inc. ("Google") and, pursuant to Fed. R. Civ. P. 26(c), hereby respectfully moves for the entry of a protective order regarding further discovery in this matter.

This action concerns Plaintiff's allegation that Google misappropriated his alleged idea for the program Google "Sky." Google respectfully submits discovery should be narrowed at this time to the elements of Plaintiff's misappropriation claim, as that claim is dispositive of the entire Amended Complaint. Google therefore moves for an order directing that:

1. Further discovery be stayed until Plaintiff has been deposed and he has described with "reasonable particularity" those ideas and concepts he contends Google has misappropriated; and

2. That discovery in this case thereafter be conducted in two phases:

    a. A first phase limited to the issues of:

        1) the scope, content and distribution of Cobb's idea;

        2) when Google first conceived and began development of Google Sky; and

        3) whether Cobb's e-mails and postings to googlesky@googlegroups.com were discussed or considered by the Google team which created Sky.

    b. At the end of this phase, Google can move for summary judgment. If summary judgment is denied, a second phase of relevant discovery can be conducted.

As further explained in Google's supporting memorandum of law, submitted herewith, this narrowing of discovery to the dispositive issues raised by the Amended Complaint will promote judicial efficiency, save the parties unnecessary effort and expense, and prevent the needless disclosure of confidential information regarding Google's development and implementation of its Sky program.

If the Court is amenable to this proposal, Google will work with Plaintiff to prepare an appropriate proposed amended Scheduling Order.

Respectfully submitted, this 7th day of October, 2008.

/s/ Eric P. Schroeder
Eric P. Schroeder
(Georgia Bar No. 629880)
R. Joseph Burby, IV
(Georgia Bar No. 094503)
John C. Bush
(Georgia Bar No. 413159)
**POWELL GOLDSTEIN LLP**
One Atlantic Center
Fourteenth Floor
Atlanta, Georgia 30309
(404) 572-6600
(404) 572-6999
eschroeder@pogolaw.com

**Attorneys for Defendant Google Inc.**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JONATHAN COBB,<br><br>  Plaintiff,<br><br>  v.<br><br>GOOGLE INC. and<br>WORKFORCELOGIC USA,<br><br>  Defendants. | Case No. 1:08-CV-0483 (MHS) |

## LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Rule 5.1(C) of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, specifically Times New Roman 14 pt.

/s/ Eric P. Schroeder
Eric P. Schroeder

5235077_1.DOC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JONATHAN COBB,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE INC. and<br>WORKFORCE LOGIC LLC,<br><br>    Defendants. | Case No. 1:08-CV-0483 (MHS) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on Tuesday, October 7, 2008, a copy of Defendant Google Inc.'s Motion for Protective Order was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following attorneys of record:

 Michael Alan Dailey
 **ANDERSON DAILEY LLP**
 2002 Summit Boulevard
 Suite 1250
 Atlanta, Georgia 30319
 404-442-1800
 404-442-1820 (facsimile)
 mdailey@andersondailey.com

Gary Hill
**HILL AND BLEIBERG**
47 Perimeter Center
Atlanta, Georgia 30346
770-394-7800
ghill@hillandbleiberg.com

Joan Dillon
**JOAN DILLON LAW LLC**
3522 Ashford Dunwoody Road
PMB 235
Atlanta, Georgia 30319
404-257-1708
joan@joandillonlaw.com

Charlotte K. McClusky
John C. Fish
**LITTLER MENDELSON, P.C.**
3348 Peachtree Road, N.E.
Suite 1100
Atlanta, Georgia 30326-1008
404-233-0330
404-233-2361 (facsimile)

/s/ Eric P. Schroeder
Eric P. Schroeder