ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 0 7 2008

JAMES N. HATTEN, Clerk
By: /s/ [signature] Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JONATHAN COBB,<br><br>        Plaintiff,<br><br>    v.<br><br>GOOGLE INC. and<br>WORKFORCE LOGIC LLC,<br><br>        Defendants. | Case No. 1:08-CV-0483 (MHS) |

## MOTION TO FILE DOCUMENTS UNDER SEAL

COMES NOW Defendant Google Inc. ("Google"), and pursuant to Standing Order No. 04-01 (*In re: Electronic Case Filing and Administrative Procedures*), entered June 1, 2004, and the Protective Order Limiting the Use And Dissemination of Confidential Material, entered June 23, 2008 [Doc. No. 32], hereby moves to file its Memorandum of Law in Support of its Motion for Protective Order and accompanying attachments under seal.

Google's filing contains information that has been designated as "Highly Confidential" under the Protective Order, and therefore, filing under seal is necessary to abide by the Court's Order.

A proposed Order is provided with this filing.

Served this 7th day of October, 2008.

> Eric P. Schroeder
> (Georgia Bar No. 629880)
> R. Joseph Burby, IV
> (Georgia Bar No. 094503)
> John C. Bush
> (Georgia Bar No. 413159)
> **POWELL GOLDSTEIN LLP**
> One Atlantic Center
> Fourteenth Floor
> Atlanta, Georgia 30309
> (404) 572-6600
> (404) 572-6999
> eschroeder@pogolaw.com
>
> **Attorneys for Defendant Google Inc.**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

JONATHAN COBB,

    Plaintiff,

v.

GOOGLE INC. and
WORKFORCELOGIC USA,

    Defendants.

Case No. 1:08-CV-0483 (MHS)

## [Proposed] ORDER REGARDING DOCUMENTS UNDER SEAL

THIS CAUSE having come before the Court on the Defendant Google Inc.'s Motion to File Documents Under Seal, and the Court having reviewed the said motion, it is thereupon,

ORDERED AND ADJUDGED as follows:

Plaintiff's Memorandum of Law in Support of its Motion for Protective Order and accompanying attachments shall be filed and remain under seal until further Order by this Court.

SO ORDERED, this _____ day of _____, 2008.

                                                                                                                                       _____
                                                                                                                                       Marvin H. Shoob
                                                                                                                                       Judge, U.S. District Court
                                                                                                                                       Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 0 7 2008

JAMES N. HATTEN, Clerk
By: /s/ /Deputy Clerk

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JONATHAN COBB,<br><br>        Plaintiff,<br><br>        v.<br><br>GOOGLE INC. and<br>WORKFORCELOGIC USA,<br><br>        Defendants. | Case No. 1:08-CV-0483 (MHS) |

## LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Rule 5.1(C) of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, specifically Times New Roman 14 pt.

/s/ Eric P. Schroeder
Eric P. Schroeder

5235077_1.DOC



FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 0 7 2008

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JONATHAN COBB,<br><br>  Plaintiff,<br><br>  v.<br><br>GOOGLE INC. and<br>WORKFORCE LOGIC LLC,<br><br>  Defendants. | Case No. 1:08-CV-0483 (MHS) |

## CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, October 7, 2008, a copy of Defendant Google Inc.'s Motion to File Under Seal was sent via U.S. Mail to the following attorneys of record:

Michael Alan Dailey
**ANDERSON DAILEY LLP**
2002 Summit Boulevard
Suite 1250
Atlanta, Georgia 30319
404-442-1800
404-442-1820 (facsimile)
mdailey@andersondailey.com

Gary Hill
**HILL AND BLEIBERG**
47 Perimeter Center
Atlanta, Georgia 30346
770-394-7800
ghill@hillandbleiberg.com

Joan Dillon
**JOAN DILLON LAW LLC**
3522 Ashford Dunwoody Road
PMB 235
Atlanta, Georgia 30319
404-257-1708
joan@joandillonlaw.com

Charlotte K. McClusky
John C. Fish
**LITTLER MENDELSON, P.C.**
3348 Peachtree Road, N.E.
Suite 1100
Atlanta, Georgia 30326-1008
404-233-0330
404-233-2361 (facsimile)

_____
Eric P. Schroeder