IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JONATHAN COBB, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION FILE |
| | : | NUMBER 1:08-CV-0483-MHS |
| GOOGLE, INC.; and WORKFORCELOGIC USA; | : | |
| Defendants. | : | |

**CONSENT MOTION
TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO
DEFENDANT GOOGLE, INC.'S MOTION FOR PROTECTIVE
ORDER AND TO REPLY TO GOOGLE, INC.'S RESPONSE
TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

COMES NOW Jonathan Cobb, Plaintiff, and, pursuant to Local Rule 7.1, files his Consent Motion To Extend Time For Plaintiff To Respond To Defendant Google, Inc.'s Motion For Protective Order And To Reply To Google, Inc.'s Response To Plaintiff's Motion To Compel Discovery. In support of the Consent Motion, Plaintiff shows:

1. Plaintiff has filed a Motion To Compel Discovery against Defendant Google, Inc.;

2. Defendant Google, Inc. ("Google") filed its Response to the Motion To Compel Discovery and supplemented certain discovery responses;

3. In the meantime, Google further supplemented certain discovery responses and has filed a Motion For Protective Order;

4. Plaintiff wishes to examine the supplemental responses more fully and seeks leave to extend the time for filing his Reply to Google's Response until after that examination has been completed;

5. Plaintiff also wishes to evaluate the Motion For Protective Order within the context of Google's supplemented discovery responses;

6. Counsel for Google has consented to the extension of time for Plaintiff to file a response to Google's Motion For Protective Order and to file his Reply brief relating to the Motion To Compel Discovery, through and until October 31, 2008.

7. Plaintiff respectfully asks that the Court grant him leave to file his aforementioned Response and Reply on or before October 31, 2008.

**WHEREFORE**, Jonathan Cobb, Plaintiff, respectfully requests that his Consent Motion To Extend Time be GRANTED.

Respectfully submitted,

/s/ *Michael Alan Dailey*
Michael Alan Dailey
Georgia Bar No. 203250
**ANDERSON DAILEY LLP**
2002 Summit Boulevard
Suite 1250
Atlanta, Georgia 30319
404 442 1800 voice
404 442 1820 data
mdailey@andersondailey.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JONATHAN COBB,

        Plaintiff,

vs.

GOOGLE, INC.; and
WORKFORCELOGIC USA;

        Defendants.

CIVIL ACTION FILE
NUMBER 1:08-CV-0483-MHS

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing *Plaintiff's Consent Motion To Extend Time To File Response To Defendant Google, Inc.'s Motion For Protective Order And To File Reply To Google, Inc.'s Response To Plaintiff's Motion To Compel Discovery* upon counsel for Defendants by depositing same in the United States mail, with sufficient postage thereon to insure delivery and addressed to:

Laurie Edelstein, Esq.
David Ziff, Esq.
**BRUNE & RICHARD LLP**
235 Montgomery Street
Suite 1130
San Francisco, California 94104

Charlotte K. McClusky, Esq.
John C. Fish, Esq.
**LITTLER MENDELSON, P.C.**
3344 Peachtree Road N.E.
Suite 1500
Atlanta, Georgia 30326

Eric P. Shroeder, Esq.
R. Joseph Burby, IV, Esq.
John C. Bush, Esq.
**POWELL GOLDSTEIN LLP**
One Atlantic Center
Fourteenth Floor
Atlanta, Georgia 30309

This 21st day of October, 2008.

*/s/ Michael Alan Dailey*
Michael Alan Dailey
Georgia Bar No. 203250
**ANDERSON DAILEY LLP**
2002 Summit Boulevard
Suite 1250
Atlanta, Georgia 30319
404 442 1800 voice
404 442 1820 data
mdailey@andersondailey.com