IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JONATHAN COBB, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION FILE |
| | : | NUMBER 1:08-CV-0483-MHS |
| GOOGLE, INC.; and | : | |
| WORKFORCELOGIC USA; | : | |
| Defendants. | : | |

## PROPOSED ORDER EXTENDING TIME

Plaintiff's Consent Motion To Extend Time To File Response To Defendant Google, Inc.'s Motion For Protective Order And To File Reply To Google, Inc.'s Response To Plaintiff's Motion To Compel Discovery having been filed, and good cause for same having been shown, it is hereby

ORDERED that Plaintiff shall have through and until October 31, 2008 by which to file his aforementioned Response and Reply.

SO ORDERED this 23 day of October, 2008.

_____
The Honorable Marvin Shoob
Judge, United States District Court