**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 31 2008

JAMES N. HATTEN, Clerk
By: J. Reed
Deputy Clerk

| | |
|---|---|
| JONATHAN COBB,<br><br>            Plaintiff,<br><br>            v.<br><br>GOOGLE INC. and<br>WORKFORCELOGIC USA,<br><br>            Defendants. | Case No. 1:08-CV-0483 (MHS) |

## [Proposed] ORDER REGARDING DOCUMENTS UNDER SEAL

THIS CAUSE having come before the Court on the Defendant Google Inc.'s Motion to File Documents Under Seal, and the Court having reviewed the said motion, it is thereupon,

ORDERED AND ADJUDGED as follows:

Plaintiff's Memorandum of Law in Support of its Motion for Protective Order and accompanying attachments shall be filed and remain under seal until further Order by this Court.

SO ORDERED, this 30 day of Oct, 2008.

_____
Marvin H. Shoob
Judge, U.S. District Court
Northern District of Georgia