UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JONATHAN COBB,<br><br>                Plaintiff,<br><br>     v.<br><br>GOOGLE INC. and<br>WORKFORCE LOGIC LLC,<br><br>                Defendants. | Case No. 1:08-CV-0483 (MHS) |

## DEFENDANT GOOGLE INC.'S REQUEST
## FOR ORAL ARGUMENT ON ITS MOTION FOR PROTECTIVE ORDER

Defendant Google Inc. ("Google") hereby respectfully requests that the Court hear oral argument on its Motion for Protective Order. [Doc. 41]. The briefing on the Motion for Protective Order is completed. Plaintiff's related Motion to Compel has been submitted to the Court for decision. [Doc. 33.]

Google respectfully submits that oral argument may assist the Court in setting the scope, requirements and procedure for remaining discovery in this matter. In particular, a brief demonstration of the Google Earth and Google Sky programs discussed extensively in the parties' briefs may assist the Court in determining the nature of the claims at issue.

Served this 17th day of November, 2008.

/s/ Eric P. Schroeder
Eric P. Schroeder
(Georgia Bar No. 629880)
R. Joseph Burby, IV
(Georgia Bar No. 094503)
John C. Bush
(Georgia Bar No. 413159)
**POWELL GOLDSTEIN LLP**
One Atlantic Center
Fourteenth Floor
Atlanta, Georgia 30309
(404) 572-6600
(404) 572-6999
eschroeder@pogolaw.com

**Attorneys for Defendant Google Inc.**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JONATHAN COBB,<br><br>     Plaintiff,<br><br>     v.<br><br>GOOGLE INC. and<br>WORKFORCELOGIC USA,<br><br>     Defendants. | Case No. 1:08-CV-0483 (MHS) |

## LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE

 I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Rule 5.1(C) of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, specifically Times New Roman 14 pt.


          /s/ Eric P. Schroeder
          Eric P. Schroeder

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JONATHAN COBB,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE INC. and<br>WORKFORCE LOGIC LLC,<br><br>    Defendants. | Case No. 1:08-CV-0483 (MHS) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2008, a copy of Defendant Google Inc.'s Request for Oral Argument on Discovery Issues was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following attorneys of record:

 Michael Alan Dailey
 **ANDERSON DAILEY LLP**
 2002 Summit Boulevard
 Suite 1250
 Atlanta, Georgia 30319
 404-442-1800
 404-442-1820 (facsimile)
 mdailey@andersondailey.com

Gary Hill
**HILL AND BLEIBERG**
47 Perimeter Center
Atlanta, Georgia 30346
770-394-7800
ghill@hillandbleiberg.com

Joan Dillon
**JOAN DILLON LAW LLC**
3522 Ashford Dunwoody Road
PMB 235
Atlanta, Georgia 30319
404-257-1708
joan@joandillonlaw.com

Charlotte K. McClusky
John C. Fish
**LITTLER MENDELSON, P.C.**
3344 Peachtree Road, N.E., Suite 1500
Atlanta, GA 30326-4803
404-233-0330
404-233-2361 (facsimile)

                                          /s/ Eric P. Schroeder
                                          Eric P. Schroeder