# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JONATHAN COBB,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE INC. and<br>WORKFORCE LOGIC LLC,<br><br>    Defendants. | Case No. 1:08-CV-0483 (MHS) |

## **JOINT NOTICE OF COMPLIANCE WITH ORDER**

Pursuant to the Court's Order of December 8, 2008 [Doc. No. 56], the parties hereby jointly notify the Court that on Monday, January 5, 2009, Defendant Google Inc. deposed Plaintiff Jonathan Cobb.

This 7th day of January, 2009.

/s/ Michael Alan Dailey  
*(Signed with express permission)*  
Michael Alan Dailey  
ANDERSON DAILEY LLP  
2002 Summit Boulevard  
Suite 1250  
Atlanta, Georgia 30319  
404-442-1800  
404-442-1820 (facsimile)  

/s/ Eric P. Schroeder  
Eric P. Schroeder  
Georgia Bar No. 629880  
R. Joseph Burby, IV  
Georgia Bar No. 094503  
John C. Bush  
Georgia Bar No. 413159  
BRYAN CAVE POWELL GOLDSTEIN  
One Atlantic Center

mdailey@andersondailey.com

Gary Hill
HILL AND BLEIBERG
47 Perimeter Center
Atlanta, Georgia 30346
770-394-7800
ghill@hillandbleiberg.com

Joan Dillon
JOAN DILLON LAW LLC
3522 Ashford Dunwoody Road
PMB 235
Atlanta, Georgia 30319
404-257-1708
joan@joandillonlaw.com

**Attorneys for Plaintiff Jonathan Cobb**

Fourteenth Floor
Atlanta, Georgia 30309
(404) 572-6600
(404) 572-6999 (facsimile)
eric.schroeder@bryancave.com

**Attorneys for Defendant Google Inc.**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JONATHAN COBB,<br><br>      Plaintiff,<br><br>      v.<br><br>GOOGLE INC. and<br>WORKFORCELOGIC USA,<br><br>      Defendants. | Case No. 1:08-CV-0483 (MHS) |

## LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Rule 5.1(C) of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, specifically Times New Roman 14 pt.

                                                        /s/ Eric P. Schroeder
                                                        Eric P. Schroeder

5342541_1.DOC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JONATHAN COBB,<br><br>        Plaintiff,<br><br>        v.<br><br>GOOGLE INC. and<br>WORKFORCE LOGIC LLC,<br><br>        Defendants. | Case No. 1:08-CV-0483 (MHS) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2009, a copy of the Joint Notice of Compliance with Order of Plaintiff Jonathan Cobb and Defendant Google Inc. was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following attorneys of record:

Michael Alan Dailey
**ANDERSON DAILEY LLP**
2002 Summit Boulevard
Suite 1250
Atlanta, Georgia 30319
404-442-1800
404-442-1820 (facsimile)
mdailey@andersondailey.com

Gary Hill
**HILL AND BLEIBERG**
47 Perimeter Center
Atlanta, Georgia 30346
770-394-7800
ghill@hillandbleiberg.com

Joan Dillon
**JOAN DILLON LAW LLC**
3522 Ashford Dunwoody Road
PMB 235
Atlanta, Georgia 30319
404-257-1708
joan@joandillonlaw.com

Charlotte K. McClusky
John C. Fish
**LITTLER MENDELSON, P.C.**
3344 Peachtree Road, N.E., Suite 1500
Atlanta, GA 30326-4803
404-233-0330
404-233-2361 (facsimile)

        /s/ Eric P. Schroeder
        Eric P. Schroeder