UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JONATHAN COBB,

        Plaintiff,

        v.          Case No. 1:08-CV-0483 (MHS)

GOOGLE INC. and
WORKFORCE LOGIC LLC,

        Defendants.

## NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE THAT effective January 1, 2009, the firm name for undersigned counsel is now Bryan Cave Powell Goldstein. All future reference to the firm in this matter should be to Bryan Cave Powell Goldstein. The firm's and its lawyers' addresses, telephone numbers, and facsimile numbers have not been affected by this change.

Respectfully submitted this 15th day of January, 2009.

    /s/ Eric P. Schroeder
Eric P. Schroeder
(Georgia Bar No. 629880)
R. Joseph Burby, IV
(Georgia Bar No. 094503)
John C. Bush
(Georgia Bar No. 413159)
**BRYAN CAVE POWELL GOLDSTEIN**
One Atlantic Center
Fourteenth Floor
Atlanta, Georgia 30309
(404) 572-6600
(404) 572-6999
eric.schroeder@bryancave.com

**Attorneys for Defendant Google Inc.**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| JONATHAN COBB,<br><br>                Plaintiff,<br><br>                   v.<br><br>GOOGLE INC. and<br>WORKFORCELOGIC USA,<br><br>                Defendants. | Case No. 1:08-CV-0483 (MHS) |

## **LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE**

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Rule 5.1(C) of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, specifically Times New Roman 14 pt.

                                                      /s/ Eric P. Schroeder
                                                      Eric P. Schroeder

5235077_1.DOC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JONATHAN COBB,<br><br>        Plaintiff,<br><br>        v.<br><br>GOOGLE INC. and<br>WORKFORCE LOGIC LLC,<br><br>        Defendants. | Case No. 1:08-CV-0483 (MHS) |

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2009, a copy of Defendant Google Inc.'s Notice of Change of Firm Name was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following attorneys of record:

    Michael Alan Dailey
    **ANDERSON DAILEY LLP**
    2002 Summit Boulevard
    Suite 1250
    Atlanta, Georgia 30319
    404-442-1800
    404-442-1820 (facsimile)
    mdailey@andersondailey.com

Gary Hill
**HILL AND BLEIBERG**
47 Perimeter Center
Atlanta, Georgia 30346
770-394-7800
ghill@hillandbleiberg.com

Joan Dillon
**JOAN DILLON LAW LLC**
3522 Ashford Dunwoody Road
PMB 235
Atlanta, Georgia 30319
404-257-1708
joan@joandillonlaw.com

Charlotte K. McClusky
John C. Fish
**LITTLER MENDELSON, P.C.**
3344 Peachtree Road, N.E., Suite 1500
Atlanta, GA 30326-4803
404-233-0330
404-233-2361 (facsimile)

        /s/ Eric P. Schroeder
        Eric P. Schroeder