UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JONATHAN COBB,<br><br>                Plaintiff,<br><br>         v.<br><br>GOOGLE INC. and<br>WORKFORCELOGIC USA,<br><br>                Defendants. | Case No. 1:08-CV-0483 (MHS) |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Jonathan Cobb hereby dismisses this action with prejudice. Pursuant to Federal Rule of Civil Procedure 41(a), Defendants Google Inc. and WorkforceLogic USA hereby stipulate and agree to the dismissal.

Stipulated and agreed this 4th day of March, 2009.

| | |
|---|---|
| /s/ Michael Alan Dailey | /s/ Eric P. Schroeder |
| Michael Alan Dailey | Eric P. Schroeder |
| **ANDERSON DAILEY LLP** | Georgia Bar No. 629880 |
| 2002 Summit Boulevard | R. Joseph Burby, IV |
| Suite 1250 | Georgia Bar No. 094503 |
| Atlanta, Georgia 30319 | John C. Bush |
| 404-442-1800 | Georgia Bar No. 413159 |
| 404-442-1820 (facsimile) | **BRYAN CAVE POWELL GOLDSTEIN** |
| mdailey@andersondailey.com | One Atlantic Center |
| | Fourteenth Floor |
| Gary Hill | Atlanta, Georgia 30309 |
| **HILL AND BLEIBERG** | (404) 572-6600 |
| 47 Perimeter Center | (404) 572-6999 |
| Atlanta, Georgia 30346 | eric.schroeder@bryancave.com |
| 770-394-7800 | |
| ghill@hillandbleiberg.com | **Attorneys for Defendant Google Inc.** |
| | |
| Joan Dillon | /s/ Charlotte K. McClusky |
| **JOAN DILLON LAW LLC** | Charlotte K. McClusky |
| 3522 Ashford Dunwoody Road | Georgia Bar No. 484223 |
| PMB 235 | **LITTLER MENDELSON, P.C.** |
| Atlanta, Georgia 30319 | 3344 Peachtree Road, N.E., Suite 1500 |
| 404-257-1708 | Atlanta, GA 30326-4803 |
| joan@joandillonlaw.com | 404-233-0330 |
| | 404-233-2361 (facsimile) |
| **Attorneys for Plaintiff Jonathan Cobb** | **Attorneys for Defendant WorkforceLogic USA** |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JONATHAN COBB,<br><br>                Plaintiff,<br><br>                v.<br><br>GOOGLE INC. and<br>WORKFORCELOGIC USA,<br><br>                Defendants. | Case No. 1:08-CV-0483 (MHS) |

## **LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE**

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Rule 5.1(C) of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, specifically Times New Roman 14 pt.

                                                /s/ Eric P. Schroeder
                                                Eric P. Schroeder
                                                Georgia Bar No. 629880

5389788_1.DOC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JONATHAN COBB,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE INC. and<br>WORKFORCELOGIC USA,<br><br>    Defendants. | Case No. 1:08-CV-0483 (MHS) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2009, a copy of the **Stipulation of Dismissal with Prejudice** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following attorneys of record:

 Michael Alan Dailey
 **ANDERSON DAILEY LLP**
 2002 Summit Boulevard
 Suite 1250
 Atlanta, Georgia 30319
 404-442-1800
 404-442-1820 (facsimile)
 mdailey@andersondailey.com

Gary Hill
**HILL AND BLEIBERG**
47 Perimeter Center
Atlanta, Georgia 30346
770-394-7800
ghill@hillandbleiberg.com

Joan Dillon
**JOAN DILLON LAW LLC**
3522 Ashford Dunwoody Road
PMB 235
Atlanta, Georgia 30319
404-257-1708
joan@joandillonlaw.com

Charlotte K. McClusky
John C. Fish
**LITTLER MENDELSON, P.C.**
3344 Peachtree Road, N.E., Suite 1500
Atlanta, GA 30326-4803
404-233-0330

/s/ Eric P. Schroeder
Eric P. Schroeder
Georgia Bar No. 629880