UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JONATHAN COBB,<br><br>                Plaintiff,<br><br>v.<br><br>GOOGLE INC. and<br>WORKFORCELOGIC USA,<br><br>                Defendants. | Case No. 1:08-CV-0483 (MHS) |

## **NOTICE OF WITHDRAWL OF FILING**

Defendant Google Inc. withdraws the Stipulation of Dismissal with Prejudice [Doc. No. 60] filed by its counsel. An incorrect version of that document was filed with the Court. The proper version to which the parties have agreed will be filed.

Respectfully submitted this 4th day of March, 2009.

                                                /s/ John C. Bush
                                                Eric P. Schroeder
                                                Georgia Bar No. 629880
                                                R. Joseph Burby, IV
                                                Georgia Bar No. 094503
                                                John C. Bush
                                                Georgia Bar No. 413159

**BRYAN CAVE POWELL GOLDSTEIN**
One Atlantic Center
Fourteenth Floor
Atlanta, Georgia 30309
(404) 572-6600
(404) 572-6999
eric.schroeder@bryancave.com

**Attorneys for Defendant Google Inc.**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JONATHAN COBB,<br><br>     Plaintiff,<br><br>     v.<br><br>GOOGLE INC. and<br>WORKFORCELOGIC USA,<br><br>     Defendants. | Case No. 1:08-CV-0483 (MHS) |

## **LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE**

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Rule 5.1(C) of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, specifically Times New Roman 14 pt.

            /s/ John C. Bush
            John C. Bush
            Georgia Bar No. 413159

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JONATHAN COBB,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE INC. and<br>WORKFORCELOGIC USA,<br><br>    Defendants. | Case No. 1:08-CV-0483 (MHS) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2009, a copy of the Notice of Withdrawal of Filing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following attorneys of record:

Michael Alan Dailey
**ANDERSON DAILEY LLP**
2002 Summit Boulevard
Suite 1250
Atlanta, Georgia 30319
404-442-1800
404-442-1820 (facsimile)
mdailey@andersondailey.com

Gary Hill
**HILL AND BLEIBERG**
47 Perimeter Center
Atlanta, Georgia 30346
770-394-7800
ghill@hillandbleiberg.com

Joan Dillon
**JOAN DILLON LAW LLC**
3522 Ashford Dunwoody Road
PMB 235
Atlanta, Georgia 30319
404-257-1708
joan@joandillonlaw.com

Charlotte K. McClusky
**LITTLER MENDELSON, P.C.**
3344 Peachtree Road, N.E., Suite 1500
Atlanta, GA 30326-4803
404-233-0330

                                                    /s/ John C. Bush
                                                    John C. Bush
                                                    Georgia Bar No. 413159