# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JONATHAN COBB,<br><br>     Plaintiff,<br><br>v.<br><br>GOOGLE INC. and<br>WORKFORCELOGIC USA,<br><br>     Defendants. | Case No. 1:08-CV-0483 (MHS) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jonathan Cobb hereby dismisses this action with prejudice. Pursuant to Federal Rule of Civil Procedure 41(a), Defendants Google Inc. and WorkforceLogic USA hereby stipulate and agree to the dismissal. Each party shall bear its own costs in this action.

Stipulated and agreed this 4th day of March, 2009.

| | |
|---|---|
| /s/ Michael Alan Dailey | /s/ Eric P. Schroeder |
| Michael Alan Dailey | Eric P. Schroeder |
| **ANDERSON DAILEY LLP** | Georgia Bar No. 629880 |
| 2002 Summit Boulevard | R. Joseph Burby, IV |
| Suite 1250 | Georgia Bar No. 094503 |
| Atlanta, Georgia 30319 | John C. Bush |
| 404-442-1800 | Georgia Bar No. 413159 |

404-442-1820 (facsimile)
mdailey@andersondailey.com

Gary Hill
**HILL AND BLEIBERG**
47 Perimeter Center
Atlanta, Georgia 30346
770-394-7800
ghill@hillandbleiberg.com

Joan Dillon
**JOAN DILLON LAW LLC**
3522 Ashford Dunwoody Road
PMB 235
Atlanta, Georgia 30319
404-257-1708
joan@joandillonlaw.com

**Attorneys for Plaintiff Jonathan Cobb**

**BRYAN CAVE POWELL GOLDSTEIN**
One Atlantic Center
Fourteenth Floor
Atlanta, Georgia 30309
(404) 572-6600
(404) 572-6999
eric.schroeder@bryancave.com

**Attorneys for Defendant Google Inc.**

/s/ Charlotte K. McClusky
Charlotte K. McClusky
Georgia Bar No. 484223
John C. Fish, Jr.
(Admitted *pro hac vice*)
**LITTLER MENDELSON, P.C.**
3344 Peachtree Road, N.E., Suite 1500
Atlanta, GA 30326-4803
404-233-0330
404-233-2361 (facsimile)

**Attorneys for Defendant WorkforceLogic USA**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JONATHAN COBB,<br><br>          Plaintiff,<br><br>          v.<br><br>GOOGLE INC. and<br>WORKFORCELOGIC USA,<br><br>          Defendants. | Case No. 1:08-CV-0483 (MHS) |

## LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Rule 5.1(C) of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, specifically Times New Roman 14 pt.

/s/ Eric P. Schroeder
Eric P. Schroeder
Georgia Bar No. 629880

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JONATHAN COBB,<br><br>                Plaintiff,<br><br>        v.<br><br>GOOGLE INC. and<br>WORKFORCELOGIC USA,<br><br>                Defendants. | Case No. 1:08-CV-0483 (MHS) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2009, a copy of the Stipulation of Dismissal with Prejudice was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following attorneys of record:

Michael Alan Dailey
**ANDERSON DAILEY LLP**
2002 Summit Boulevard
Suite 1250
Atlanta, Georgia 30319
404-442-1800
404-442-1820 (facsimile)
mdailey@andersondailey.com

Gary Hill
**HILL AND BLEIBERG**
47 Perimeter Center
Atlanta, Georgia 30346
770-394-7800
ghill@hillandbleiberg.com

Joan Dillon
**JOAN DILLON LAW LLC**
3522 Ashford Dunwoody Road
PMB 235
Atlanta, Georgia 30319
404-257-1708
joan@joandillonlaw.com

Charlotte K. McClusky
**LITTLER MENDELSON, P.C.**
3344 Peachtree Road, N.E., Suite 1500
Atlanta, GA 30326-4803
404-233-0330

/s/ Eric P. Schroeder
Eric P. Schroeder
Georgia Bar No. 629880
